# PD-0912-15

COURT OF CRIMINAL APPEALS
OF TEXAS



RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 20 2015

Abel Acosta, Clerk

| GARY VANN, | § | No. 08-13-00104-CR |
| Appellant | § | Appeal From |
| V. | § | 362nd District Court |
| THE STATE OF TEXAS | § | of Denton County, Texas |
| Appellee | § | (TC#F-2011-1477-0) |

FILED IN
COURT OF CRIMINAL APPEALS

JUL 22 2015

Abel Acosta, Clerk

MOTION TO EXTEND TIME TO FILE
PETITION FOR DISCRETIONARY
REVIEW

TO THE JUDGES OF THE HONORABLE COURT OF CRIMINAL APPEALS OF THE STATE OF TEXAS, I, <u>Gary Vann</u>, Appellant in No. 08-13-00104-CR, Court of Appeals, Eighth District of Texas, El Paso, Texas, Appeal from the 362nd District Court of Denton County, Texas, (TC#F-2011-1477-0), do hereby request EXTENDED TIME to file <u>PETITION for DISCRETIONARY REVIEW</u> of the Cause No.s herein stated.

Appellant, would show that on June 17, 2015, The Court of Appeals for the Eighth District of Texas, El Paso affirmed Appellant's Direct Appeal #(TC#F-2011-1477-0), Appellant received a copy of the El Paso Court, <u>OPINION</u>, July 13, 2015 by certified mail from his lawyer, Mr. David Wacker, Denton County, Texas.

Appellant draw from the date of the EL PASO's Court, June 17, 2015 the date Mr. Wacker mailed the Court's Opinion June 30, 2015, till the Appellant received and signed for this certified mail at the Wynne Unit of the Texas Department of Criminal Justice, ID Division on July 13, 2015. Appellant was four (4) days until the thirty day time period

1.

for filing under Rule 68.2 of the Rules of Appellate Procedure; therefore Appellant in basic compliance of Rule 10.5(b) of the Rules thereof, request an EXTENSION of an additional 30 day period to review, research and prepare his APPELLANT'S PRO SE PETITION FOR DISCRETIONARY REVIEW.

Appellant did not request a rehearing from the El Paso Court of Appeals, 8th District due to the fact the 15 day time period for filing had lapsed under Rule 49.1 of the Rules of App. Proc.

This is Appellant's first request for EXTENDED TIME TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW.

## PRAYER FOR RELIEF

I, Gary Vann, Appellant, Pro Se, hereby ask this Honorable Court of Criminal Appeals of Texas to grant Appellant's request by this MOTION TO EXTEND THE TIME PERIOD TO FILE HIS FIRST PETITION FOR DISCRETIONARY REVIEW.

## UNSWORN DECLARATION

I, Gary Vann, The herein named Appellant, being born May 7, 1955 in Dallas County, Texas, present address, Wynne Farm, 810 FM 2821, HUNTSVILLE, Texas 77349, Texas Department of Criminal Justice, ID, do hereby swear that each and all of the statements made in this Appellant's MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW IN No. 08-13-00104-CR (TC#F-2011-1477-0) are true and correct to the best of Appellant's knowledge.

Dated: July 16, 2015.

Respectfully submitted,

*Gary Vann*

## CERTIFICATE OF SERVICE

I, Gary Vann, Appellant Pro Se herein, do declare pursuant to 28 U.S.C. Section 1746 and Chapters 132.001, and 132.003, Texas Civil Practice and Remedies Code under penalty of perjury, that I have mailed out this date, a true and correct copy of the foregoing PETITION FOR EXTENDED TIME TO FILE APPELLANT'S DISCRETIONARY REVIEW TO THE FOLLOWING INDIVIDUALS:

Sherri Adelstein

Denton County District Clerk

1450 E. McKinney

Denton, Texas 76209

Dated the 16 day of July, 2015.

Respectfully submitted,

GARY VANN, #01879613
Wynne Unit
810 FM 2821
Huntsville, Texas 77349

3.